Alan A. Meda, (009213)
**BURCH & CRACCHIOLO, P.A.**
1850 N. Central Ave, Suite 1700
Phoenix, AZ  85004
Tel: (602) 274-7611
ameda@bcattorneys.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gina Centner and Paul Paradis,<br><br>Plaintiffs,<br><br>v.<br><br>TMG Offshore, Inc. and Mario Bauer,<br><br>Defendants. | Case No.  CV-22-01032-PHX-JJT<br><br>**STIPULATION OF DISMISSAL OF COUNTS I THROUGH III WITH PREJUDICE**<br><br>(The Honorable John J. Tuchi) |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Gina Centner ("Plaintiff Centner") and Defendants TMG Offshore, Inc. and Mario Bauer individually, hereby stipulate and agree that all claims asserted by Plaintiff Centner in Count I, Count II and Count III are hereby dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

DATED this 2nd day of February 2023.

BURCH & CRACCHIOLO, P.A.

By:   /s/ Alan A. Meda (009213)
      Alan A. Meda
      *Attorneys for Plaintiffs*

LITTLER MENDELSON, P.C.

By:   /s/ Kristy L. Peters (w/ permission)
      Kristy L. Peters
      *Attorneys for Defendants*