1  Kristy L. Peters, Bar No. 024756
   kpeters@littler.com
2  Michael B. Guilliam, Bar No. 035069
   mguilliam@littler.com
3  Ian C. Beck, Bar No. 035599
   ibeck@littler.com
4  LITTLER MENDELSON, P.C.
   Camelback Esplanade
5  2425 East Camelback Road, Suite 900
   Phoenix, Arizona 85016
6  Telephone:    602.474.3600
   Fax No.:      602.957.1801
7
   Attorneys for Defendants
8

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Gina Centner and Paul Paradis, | Case No. CV-22-01032-PHX-JJT |
|---|---|
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| TMG Offshore and Mario Bauer | |
| Defendants. | |

Defendants TMG Offshore and Mario Bauer hereby give notice that the parties have reached an agreement to resolve all remaining claims in this case. The parties anticipate that they will file a joint motion and proposed order of dismissal within 30 days.

Dated: February 14, 2023.

*s/Michael B. Guilliam*
Kristy L. Peters
Michael B. Guilliam
Ian C. Beck
LITTLER MENDELSON P.C.

Attorneys for Defendants

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

1  I hereby certify that the original of the foregoing was electronically filed using CM/ECF and a copy of the same was emailed to the following if non-registrants, this 14th day of February, 2023.

Alan Meda
BURCH & CRACCHIOLO, P.A.
1850 N Central Ave #1700
Phoenix, AZ 85004
ameda@bcattorneys.com

Attorney for Plaintiffs

*s/Michelle Renee Mercure*

4891-2657-3649.1 / 114176-1005

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

2